UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

OSHA THOMAS,               )
                     )
      Plaintiff,         )
                     )
v.                    )     No. 1:25-cv-246-CLC-CHS
                     )
PERSEVERE, INC.,      )
                     )
      Defendant.      )

## JOINT STIPULATION OF DISMISSAL

Come the parties, through their undersigned counsel, and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to the dismissal with prejudice of all claims in the above-captioned action, with each party to bear its own costs and attorney fees.

Submitted this 10th day of June, 2026.

**MIKEL & HAMILL PLLC**

By:   s/ *Donna J. Mikel*
     Donna J. Mikel (BPR No. 020777)
     620 Lindsay Street, Suite 200
     Chattanooga, TN 37403
     (423) 541-5400
     dmikel@mhemploymentlaw.com

     *Counsel for Plaintiff*

**MAYER BROWN LLP**

By:   s/ *Laura C. Kyte*
     Michael Menssen *(Pro Hac Vice)*
     Laura C. Kyte *(Pro Hac Vice)*
     Mayer Brown LLP
     201 S. Main Street, Suite 1100
     Salt Lake City, UT 84111
     Tel: (801) 907-2700
     mmenssen@mayerbrown.com
     lkyte@mayerbrown.com

     Brent E. Siler (TN Bar No. 22289)
     Adams & Reese LLP
     6075 Poplar Ave., Ste. 700
     Memphis, Tennessee 38119
     Tel.: (901) 524-5278
     Brent.Siler@arlaw.com

     *Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 10, 2026, a copy of the foregoing report was filed electronically via the Court's CM/ECF filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and/or electronic mail. Parties may access this filing through the Court's electronic filing system.

By:___ s/*Donna J. Mikel*_____